UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER SHUCKRA, ET AL.          :          NO.:
                                     :
v.                                   :
                                     :
CITY OF NEW BRITAIN – CITY HALL, ET AL. :     JULY 20, 2018

**NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

The Notice the undersigned defendants respectfully shows:

1.     Plaintiffs have commenced an action against the defendants in the Superior Court for the Judicial District of Tolland, by service of a Small Claims Writ and Notice of Suit filed on July 10, 2018. The plaintiffs served a copy of the Small Claims Writ and Notice of Suit upon each defendant on or about July 9, 2018. Pursuant to 28 U.S.C. § 1446(a), the defendants have attached said Small Claims Writ and Notice of Suit hereto.

2.     The above-described action is a civil action and is one which may be removed to the Court by the petitioners, the undersigned defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1443 in that the controversy involves a federal question and the deprivation of constitutionally protected civil rights.

3.     Specifically, the Complaint alleges that the defendants' "police officers… illegally searched plaintiff Velez's automobile in violation of the Fourth

Amendment to the United State Constitution" and "said illegal search eventually led to plaintiff Velez being falsely arrested."

4. The action has been returned and is answerable in the Superior Court for the Judicial District of Tolland on July 31, 2018.

5. The undersigned defendants deny all of the plaintiffs' allegations.

6. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1343(a)(3) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443 and 1446.

WHEREFORE, the undersigned petitioners pray that the above action to be pending in Connecticut Superior Court for the Judicial District of Tolland, be removed therefrom to this Court.

DEFENDANTS,
CITY OF NEW BRITAIN – CITY HALL,
CHIEF JAMES WARDWELL, MAYOR ERIN
STEWART

By */s/ Christopher A. Clark*_____
    Christopher A. Clark
    Ct29582
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1190
    (860) 249-1361
    (860) 249-7665 fax
    cclark@hl-law.com

2

## CERTIFICATION

This is to certify that on July 20, 2018, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Christopher Shuckra
#213510
Willard-Cybulski C.I.
391 Shaker Road
Enfield, CT 06082
cshuckra@gmail.com
(Pro se)

Jose A. Velez, #363651
Robinson Correctional Institution
285 Shaker Road
Enfield, CT 06082
(Pro se)

_/s/ Christopher A. Clark_____
Christopher A. Clark

3

**SMALL CLAIMS WRIT
AND NOTICE OF SUIT**
JD-CV-40 | Rev. 12-17
C.G.S. §§ 51-15, 51-345(g)

*Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s)
before filing it with the court. See Instructions to Plaintiff on reverse.*

**CONNECTICUT SUPERIOR COURT**
SMALL CLAIMS SESSION

State of Connecticut
Post Date:
Payfile:

For Court Use Only
Do Not Write In This Space
Barcode Label Only

List Total:

**1.) Location information that will determine where the trial will be:**
TOLLAND Small Claims

**2.) Case type code** *(See list on reverse page 1)*
Major: **S**   Minor: **90**

**3.) Is this a claim between a landlord and a tenant (renter)?** ("X" one)  ☐ Yes  ☒ No

**4.) If you answered "yes" to question #3, state the town where the rental premises is located:**

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | | | |
|---|---|---|---|---|
| **5.) First Plaintiff** | Name: Shuckra Christopher # 213510 RESIDENT (C) Address: 488 Shaker Road, Enfield, CT. 06082 Telephone: (860) 296-3000  Willard-Cybulski C.I. | ("X" One) ☒ Individual | ☐ LLC ☐ DBA | ☐ Partnership ☐ Corporation | P-01 |

**6.) Name, address and zip code of Attorney for Plaintiff(s)**
391

**Attorney's Juris number**

**Telephone number** *(w/area code)*

| | | | | |
|---|---|---|---|---|
| **7.) First Defendant** | Name: City of New Britain - City Hall Address: 27 West Main Street, New Britain, CT. 06051 Telephone: | ("X" One) ☐ Individual | ☐ LLC ☐ DBA | ☐ Partnership ☒ Corporation | D-01 |

For more than 1 plaintiff/defendant, attach *Continuation of Parties* (form JD-CV-67) and "X" box.  ☒

**8.)** If this claim is a consumer debt, which is a debt or obligation made primarily for personal, family or household reasons, give the reasons why you believe that the statute of limitations has not expired.
Not applicable.

**9.)** How did you check in the last 6 months that the address given for defendant(s) is accurate?
"X" all boxes that apply and provide the dates that the address was checked.

☐ I checked town or city records (for example, checking a street list or tax records); _____ *(date checked)*

☐ I checked with the Department of Motor Vehicles; _____ *(date checked)*

☐ I received correspondence (letters or other mail) from the defendant with that return address; _____ *(date checked)*

☒ I received other proof from the defendant that the address is current; *(description of proof and date checked)*
City of New Britain is a municipal corporation and currently located at the above-listed address, as of 6/13/2018

☒ I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service.  6/13/2018  *(last date checked for returned letter)*

**10.) Amount claimed***
$5,000.00  **Plus Costs**

☐ **Plus pre-judgment interest
☐ **Plus double damages for security deposit withheld

***If you check one or more boxes, you MUST explain how much you want for each item in section 11 below.**

*The Amount Claimed may not be more than $5,000.
Do not include amounts for pre-judgment interest or doubling the security deposit in box 10.*

**To Defendant(s):**

**11.) You are being sued.** The Plaintiff(s) claims you owe the above amount plus costs and pre-judgment interest and/or double damages for a withheld security deposit (if checked) for the following reasons:
See attached Statement of Claim...

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

**12.) Signed**

Subscribed and sworn to before me on (Date)
6/13/18

Type in name of person signing at left and title, if applicable
Christopher Shuckra

Signed *(Clerk, Notary, Commissioner of Superior Court)*

**For Court Use Only** *(Date/Stamp)*
2018 JUL 10  PM 2:43  SUPERIOR COURT TOLLAND JUDICIAL

**ADA Notice:** The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Distribution:**   Original - Court   Copy 1 - Defendant   Copy 2 - Defendant   Copy 3 - Plaintiff

WENDY MARTYN
Notary Public
State of Connecticut
Commission Expires 6/30/22

Page 4 of 5

CV18501051 0

## CONTINUATION OF PARTIES
JD-CV-67    New 2-98

STATE OF CONNECTICUT
**SUPERIOR COURT**

FIRST NAMED PLAINTIFF (Last, First, Middle Initial)
Shuckra Christopher

FIRST NAMED DEFENDANT (Last, First, Middle Initial)
City of New Britain

### ADDITIONAL PLAINTIFFS

| NAME (Last, First, Middle Initial, if individual) | ADDRESS (No., Street, Town and ZIP Code) |
|---|---|
| Velez, José A. | # 363651 - Robinson C.I. 285 Shaker Road, Enfield, CT. 06082 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### ADDITIONAL DEFENDANTS

| NAME (Last, First, Middle Initial, if individual) | ADDRESS (No., Street, Town and ZIP Code) |
|---|---|
| Wardwell, James (Chief) | New Britain Police Department 10 Chestnut Street, New Britain CT. 06051 |
| Stewart, Erin (Mayor) | City of New Britain - City Hall 27 West Main Street, New Britain, CT. 06051 |
| | |
| | |
| | |
| | |
| | FOR COURT USE ONLY - FILE DATE |
| | |
| | DOCKET NO. |

CONTINUATION OF PARTIES

INSTRUCTIONS TO DEFENDANT
(NOTICE TO PERSON BEING SUED)
JD-CV-121  Rev. 7-12

Please read the instructions carefully.

*For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

## What Do I Have To Do To Defend This Case?

The person suing you (the Plaintiff) delivered to you (served you with) a copy of the Small Claims Writ and Notice of Suit, and related documents, if any. The plaintiff will now file the Small Claims Writ and Notice of Suit and related documents with the court. The court will send you an Answer form and a Counterclaim form with the number the court assigns to the case, called the "docket number" of the case, and the date you must file your Answer, and Counterclaim if you make one, by. The Answer form and the Counterclaim form should be sent to you soon but it could take up to 6 weeks depending on when the plaintiff files the case with the court.

The Answer is your response or reply to the plaintiff's claim. If you claim the plaintiff owes you money, this is called a Counterclaim. There is a $90.00 fee to file a Counterclaim. Your Answer, and your Counterclaim if you make one, should be specific but brief. Fill out the entire Answer form, and the Counterclaim form if you make a Counterclaim, and sign them. Keep a copy of each for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Send the original Answer form to the court by mail, fax or hand delivery at the address or fax number shown below on or before the answer date. If you make a Counterclaim, mail the original Counterclaim with the $90.00 fee to the court or hand deliver them to the address shown below on or before the answer date. **You cannot fax a Counterclaim and its filing fee to the court.** Please be sure to give us any change of your address.

Do not answer until you get the Answer form and Counterclaim form from the court but if you do not get an Answer form and Counterclaim form within 6 weeks of being served, contact the court to ask why. If you do not file an Answer in writing with the court, a money judgment could enter against you. This is called a default judgment.

You may make an agreement with the plaintiff before the plaintiff files the lawsuit in court or at any time before the court enters a judgment. You may hire a lawyer to represent you if you want to.

You can find helpful information on our website at: http://www.jud.ct.gov/faq/smallclaims.html and you may check the status of your case after it has been given a docket number at: http://www.jud2.ct.gov/Small_Claims/.

If you have any questions, you can visit or call the **Centralized Small Claims Office at 80 Washington Street, Hartford, CT 06106.** The telephone number in the Hartford area is 860-756-7800. The toll free telephone number in Connecticut is 866-383-5927. The fax number is (860) 756-7805.

You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one.

If you want to use the regular rules of court in this case or if you want the right to appeal this case, you must file a motion to transfer the case to the regular civil or housing docket of the superior court. You may need an attorney to help you in filing that motion and you will have to pay fees to file it. The motion to transfer **must** be filed, in writing, with an affidavit and with the correct fees, **on or before the answer date.**

**What Happens If I Do Not File An Answer?** If you do not file an Answer, the file will be reviewed by a magistrate who will decide whether a judgment can enter without a hearing for the full amount of the claim plus court costs, or if a trial needs to be scheduled.

**What Happens If I File An Answer?** If you file an Answer, **do not go to court on the answer date.** After the court receives your Answer, a trial will be scheduled if one is required. Cases are scheduled for trial as quickly as possible.

**What Should I Do If The Plaintiff Owes Me Money?** If you claim the plaintiff owes you money, this is called a Counterclaim. Explain how much the plaintiff owes you and why on the Counterclaim form. Fill out the entire Counterclaim form and sign it. Keep a copy for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Mail the original Counterclaim form with the

*Page 1 of 2*

$90.00 fee to the court or hand deliver them to the address shown above on or before the answer date. Please be sure to give us any change of your address.

**What If I Know I Owe The Plaintiff Some Money?** If you know you owe the plaintiff something, but you do not agree with the amount the plaintiff is asking for or you are not sure how much you owe the plaintiff, you should file a written Answer. This gives you a chance to come to court for a trial to question how the plaintiff added up the amount claimed.

**What Should I Do If I Admit That I Owe The Plaintiff The Whole Amount?** If you are sure that you owe the whole amount but you want time to pay, you must file an Answer **not later than the Answer date**, stating that you want time to pay the claim and why you are asking for the extra time to pay. You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week and the plaintiff does not agree, a trial will be scheduled.

A judgment against a business entity, for example, a corporation, or a judgment against a landlord for return of a security deposit, will be ordered paid in the full amount. This will be entered as a judgment of the court.

If you pay the plaintiff/plaintiff's attorney the full amount owed **plus costs**, if any, before the answer date, tell the court on the Answer form. **Do not send payment(s) to the court.**

**Where And When Do I Have To Go To Court?** If a trial is required, you will be sent a notice of the date, time and place of the trial. Even if you filed an Answer or a request for time to pay, the court can enter a judgment against you if you do not come to court on the date and time set for the trial.

**What Do I Need To Bring To Court?** On the day of the trial, you must bring all your witnesses and evidence (bills, invoices, checks) to court with you. This includes any defective or damaged goods that can be brought to court safely and easily, estimates of damages, pictures, and anything else that you want the court to look at. Be complete and organized in your case. **A small claims judgment cannot be appealed.**

| **ADA Notice** |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/. |

Small Claims Matter                    J.D. of Tolland

SHUCKRA and VELEZ v. CITY OF NEW BRITAIN, ET AL.

June 13, 2018                          - Page 2 -

Statement of Claim:

This matter is brought by two (2) prisoners, Christopher Shuckra and José A. Velez, currently serving prison sentences within the Connecticut Department of Correction at the Carl Robinson Correctional Institution in Enfield, Connecticut. Plaintiff Shuckra was recently transferred to the Willard-Cybulski Correctional Institution in Enfield Connecticut.

Both plaintiffs resided in the City of New Britain, Connecticut prior to entering CT. DOC custody, and being held in lieu of excessive bonds in July, 2017.

Prior to their incarceration both plaintiffs were meaningfully employed, plaintiff Shuckra ran the business Pardon Me, LLC based in New Britain and plaintiff Velez was employed at a printing company in Avon full time.

Plaintiff Velez was involved in an altercation that occurred in the City of New Britain on July 7, 2017 and police officers responding to the scene of the incident illegally searched plaintiff Velez's automobile in violation of the Fourth Amendment to the United States Constitution, said illegal search eventually led to plaintiff Velez being falsely arrested for a charge

Small Claims Matter                    J.D. of Tolland

SHUCKRA and VELEZ v. CITY OF NEW BRITAIN, ET AL.

June 13, 2018                          — Page 3 —

Statement of Claim (Continued):

Criminal Possession of a Firearm, ultimately resulting in the current prison sentence plaintiff Velez is serving.

Both plaintiff Shuckra and Velez have submitted Freedom of Information Act (FOIA) requests to the New Britain Police Department and these requests have gone not completely fulfilled, as the City of New Britain and its police department are attempting to avoid releasing exculpatory information in its files.

Furthermore, defendant Wardwell has conspired with probation officials (Office of Adult Probation) to cause false charges to be brought against plaintiff Shuckra and Velez to cause their respective probations to be violated.

Defendant Wardwell with the apparent knowledge of Mayor Erin Stewart intentionally avoids State Marshals who attempt to serve him in his individual capacity with civil process and has directed his commanders to do the same thing — avoid service of process at all costs, reprehensible conduct for a Mayor and Chief of Police.

Small Claims Matter                              J.D. of Tolland

SHUCKRA and VELEZ v. CITY OF NEW BRITAIN, ET AL.

June 13, 2018                                        - Page 4 -

Dated this _13th_ day of June, 2018 at Enfield, CT.

Respectfully submitted,
  THE PLAINTIFFS

Christopher Shuckra  #213510
Willard-Cybulski C.I.
391 Shaker Road
Enfield, CT. 06082

José A. Velez  #363651
Robinson C.I.
285 Shaker Road
Enfield, CT. 06082

**STATEMENT OF SERVICE — (DELIVERY)**
**SMALL CLAIMS**
JD-CV-123  Rev. 1-18

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions**
*Fill out one (1) form for each defendant. Attach all documents that show how the Small Claims Writ and Notice of Suit  (form JD-CV-40) and related documents were served on (delivered to) the defendant, and check the box below that applies. Keep all receipts that show how much you paid to have the Small Claims Writ and Notice of Suit and related documents served on the defendant.*

For service on *(delivery to)* the Defendant:

City of New Britain

*(Write name of Defendant)*

The attached *Small Claims Writ and Notice of Suit* (form JD-CV-40) and related documents, if any, were served on *(delivered to)* the defendant named above by:

**(Check the box that applies)**

1.)  ☐ priority mail with delivery confirmation; delivery confirmation is attached. I paid $ _____ for this, or

2.)  ☐ certified mail, return receipt requested; signed return receipt is attached. I paid $ _____ for this, or

3.)  ☐ a nationally recognized courier service providing delivery confirmation; tracking information showing delivery is attached. I paid $ _____ for this, or

4.)  ☑ a proper officer in the manner in which a writ of summons is served in a civil action; officer's return of service filed with the court.

| Signed (Plaintiff or Plaintiff's representative) | Print name | Date Signed |
|---|---|---|
| | Christopher Shuckra | |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATEMENT OF SERVICE — (DELIVERY)**
**SMALL CLAIMS**
JD-CV-123  Rev. 1-18

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions**
*Fill out one (1) form for each defendant. Attach all documents that show how the Small Claims Writ and Notice of Suit (form JD-CV-40) and related documents were served on (delivered to) the defendant, and check the box below that applies. Keep all receipts that show how much you paid to have the Small Claims Writ and Notice of Suit and related documents served on the defendant.*

For service on *(delivery to)* the Defendant:

James Wardwell
_____
*(Write name of Defendant)*

The attached *Small Claims Writ and Notice of Suit* (form JD-CV-40) and related documents, if any, were served on *(delivered to)* the defendant named above by:

*(Check the box that applies)*

1.)  ☐ priority mail with delivery confirmation; delivery confirmation is attached. I paid $ _____ for this, or

2.)  ☐ certified mail, return receipt requested; signed return receipt is attached. I paid $ _____ for this, or

3.)  ☐ a nationally recognized courier service providing delivery confirmation; tracking information showing delivery is attached. I paid $ _____ for this, or

4.)  ☑ a proper officer in the manner in which a writ of summons is served in a civil action; officer's return of service filed with the court.

| Signed *(Plaintiff or Plaintiff's representative)* | Print name | Date Signed |
|---|---|---|
| *(signature)* | Christopher Shuckra | |

---

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**STATEMENT OF SERVICE — (DELIVERY)**
**SMALL CLAIMS**
JD-CV-123  Rev. 1-18

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions**
*Fill out one (1) form for each defendant. Attach all documents that show how the Small Claims Writ and Notice of Suit (form JD-CV-40) and related documents were served on (delivered to) the defendant, and check the box below that applies. Keep all receipts that show how much you paid to have the Small Claims Writ and Notice of Suit and related documents served on the defendant.*

For service on *(delivery to)* the Defendant:

Erin Stewart

*(Write name of Defendant)*

The attached *Small Claims Writ and Notice of Suit* (form JD-CV-40) and related documents, if any, were served on *(delivered to)* the defendant named above by:

*(Check the box that applies)*

1.)  ☐ priority mail with delivery confirmation; delivery confirmation is attached. I paid $ _____ for this, or

2.)  ☐ certified mail, return receipt requested; signed return receipt is attached. I paid $ _____ for this, or

3.)  ☐ a nationally recognized courier service providing delivery confirmation; tracking information showing delivery is attached. I paid $ _____ for this, or

4.)  ☑ a proper officer in the manner in which a writ of summons is served in a civil action; officer's return of service filed with the court.

| Signed (Plaintiff or Plaintiff's representative) | Print name | Date Signed |
|---|---|---|
|  | Christopher Shuckra |  |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

STATE OF CONNECTICUT )
                           ) ss. Wethersfield                    July 9, 2018
COUNTY OF HARTFORD   )

Then and there and by virtue hereof and by direction of the Plaintiffs, on the 9th day of July, 2018, I left two verified true and attested copies of the within original **Small Claims Writ And Notice Of Suit, Continuation Of Parties, Statement of Claim, Instructions To Defendant (Notice To Person Being Sued), Statement Of Service – (Delivery) Small Claims, Statement Of Service – (Delivery) Small Claims and Statement Of Service – (Delivery) Small Claims**, with and in the hands of **MARK H. BERNACKI**, New Britain Town & City Clerk, duly authorized to accept service for the within named Defendant, **CITY OF NEW BRITAIN**, City Hall, 27 West Main Street, New Britain, CT 06051.

Also on the 9th day of July, 2018, I left two verified true and attested copies of the within original **Small Claims Writ And Notice Of Suit, Continuation Of Parties, Statement of Claim, Instructions To Defendant (Notice To Person Being Sued), Statement Of Service – (Delivery) Small Claims, Statement Of Service – (Delivery) Small Claims and Statement Of Service – (Delivery) Small Claims**, with and in the hands of **MARK H. BERNACKI**, New Britain Town & City Clerk, duly authorized to accept service for the within named Defendant, **JAMES WARDWELL**, Chief, New Britain Police Department, 10 Chestnut Street, New Britain, CT 06051.

Also on the 9th day of July, 2018, I left two verified true and attested copies of the within original **Small Claims Writ And Notice Of Suit, Continuation Of Parties, Statement of Claim, Instructions To Defendant (Notice To Person Being Sued), Statement Of Service – (Delivery) Small Claims, Statement Of Service – (Delivery) Small Claims and Statement Of Service – (Delivery) Small Claims**, with and in the hands of **MARK H. BERNACKI**, New Britain Town & City Clerk, duly authorized to accept service for the within named Defendant, **ERIN STEWART**, Mayor, City of New Britain, City Hall, 27 West Main Street, New Britain, CT 06051.

The within is the original **Small Claims Writ And Notice Of Suit, Continuation Of Parties, Statement of Claim, Instructions To Defendant (Notice To Person Being Sued), Statement Of Service – (Delivery) Small Claims, Statement Of Service – (Delivery) Small Claims and Statement Of Service – (Delivery) Small Claims**, with my doings hereon endorsed.

| Fees | | ATTEST: |
|---|---|---|
| Service | $ 80.00 | |
| Pages | $ 60.00 | |
| Endorsements | $ 12.40 | |
| Travel | $ 19.13 | JOHN J. O'LEARY |
| | | CT STATE MARSHAL |
| **TOTAL** | **$ 171.53** | HARTFORD COUNTY |

Connecticut State Marshal John J. O'Leary
P.O. Box 290002 Wethersfield, CT 06129-0002
Phone: 860.463.2216   Fax: 860.257.3039   Email: hartfordmarshal@gmail.com